UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_Orlando_ Division

### CIVIL RIGHTS COMPLAINT FORM

Robert Wayne Maurer   CASE NUMBER: 6:13-cv-156-ORL-22GJK
#C02828                                    (To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and
prison number, if applicable)

v.
                      deFeNdaNt #2
State oF FLoRiDA
              deFeNdant #3
State's Atterny, Jackie Roys
                    deFendant #4              deFendant #1
State's Atterny mike willard              Volusia couNty
                                          Police oFFicer
                                          Paul S. Tomas

_____

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).
_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Hardee c.I 6901 State Rd.
   (Indicate the name and location)
   62 Bowling Green, FLA. 33834

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:    No Previous Lawsuits.

DC 225 (Rev 2/2012)                          1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): N/A

      Defendant(s): N/A

   2. Court (if federal court, name the district; if state court, name the county):

      N/A

   3. Docket Number: N/A

   4. Name of judge: N/A

   5. Briefly describe the facts and basis of the lawsuit: N/A

   6. N/A Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   7. Approximate filing date: N/A

   8. Approximate disposition date: N/A

D. N/A Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

N/A identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

_____

IV. <u>PARTIES</u>: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Robert Maurer

   Mailing address: Hardee C.I. 6901 State Rd. 62

   Bowling Green, FLA. 33834

B. Additional Plaintiffs: N/A

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: ~~[redacted]~~

   Mailing Address: ~~[redacted]~~

   ~~[redacted]~~

   Position: ~~[redacted]~~

   Employed at: ~~[redacted]~~

D. Defendant: State of Florida

   Mailing Address: Office of the Attorney General

   PL 01, The Capitol Tallahassee, FL 32399-1050

Position: State's Atterny,

Employed at: Volusia CNTY Justice center 251 N. Rigewood ave, Daytona Beach Fla. 32114

E. Defendant: Jackie Roys

Mailing Address: IN care of Diane M. Matouse (Volusia) P.O. Box 6043, Deland, 32721-6043 court Clerk

Position: State's Atterny

Employed at: Volusia CNty Justice center 251 N Rigewood ave, Daytona Beach FLA. 32114

F. Defendant: Mike Willard

Mailing Address: IN care of Diane M Mattouse (Volusia) P.O. Box 6043 Deland, 32721-6043 court Clerk

Position: State's Atterny

Employed at: Volusia CNty Justice center 251 N Rigewood ave Daytona beach FL

G. Defendant: Paul S. Tomas I.D. Number 2253) 32114

Mailing Address: Volusia county Sheriff's office I.C.O. Ben Johson, P.O. Box 569, Deland, 32721-0569

Position: Deputy

Employed at: Volusia CNty sheriffs office

DC 225 (Rev 2/2012)                    4

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

(I was quetioned before my arrest and after and was never mirandiz, They were skipped) (also things I was question about in my case in the state of Mo. but never charge with was placed on internet; claims that I had abused my 4 year old daughter was not on the internet untill now)

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

defendant 1. Volusia county police officer Paul S. Tomas defendant 2 The state of FLA. defendant 3 states atterny Jackie Roys defendant 4 states atterny Mike Willard state is responsible for actions of its officer's and made false statements leading to my conviction and the 1st defendant violated my constitutional Mirandiz

Because of the defamation of charector placing things on "world wide" web I have sufferd all my sentace with mentel anguish and helth decline. Since being in FLA D.O.C. Frauderently, I have recieved poor helth care where if I were in the free world I could had at very lest went to the Helth department and Recieved better. If officer Paul S. Tomas would had not lyed on police Report as well as failed to Read Mirandizing as well as if both state's attornys would not had lyed to the Jewry and to the Judge and myself

    I would not of had my name so standard or had sufferd so much extra pain metaly or in my body. Because of this Illegal sentace I have lost my Pick up Truck which had paid with mental ??u as well as I have lost my S.S. card, birth certificate, driver's Liccens Revocked for Failer to make insurances payment due to my stay in D.O.C. have not been able to get D.L. ?????? because of ????? Illegal sentace

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

___

after had completing a 3rd party instructor cours for C.D.L. Truckdriving This sentence of great Liength has prevented Me From a chance to aquire My CDL. I was also in prosess of bying a Moter cycle wich has now been sold. Rings at pawn shop Lost all because of This Mess.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _21_ day of _Jan_, 20_13_.

_Robert Maurer_

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _23_ day of _Jan_, 20_13_.

I seeking Restitution of $3 hundred and Five Thousand dollars 300,005 From both states Atterny's as well as From the Volusia County Police officer. And would ask 5,000 in cash From each to insure my quick departure From Florida back home to Missouri. And am seeking $16.8 Millon dollars From the state of Florida. I was Ilegally detain and sentance to 6 years (6.5) 8 months and have sufferd great mental anguish as well as slander on the world wide web and pain in my bodie as a resault and feel This will compensate. I am requsting a automoble of my choice From The Miami inpound auction Lot To make up for my lost truck, requesting a motercycle from the same lot for the missed opertunity of the one I was about to aquire. I request my drivers Lissens to be reinstated at no cost to me, a birth certificate and social security care I ask that all mony I have requested to be Tax Free and That The state of Florida pay for my filing fees of this law suit as well as all I owe on my inmate account. In place of the clothes I have lost I request From the state of Florida 2 new suits with Ties, shirts, shoes and under garments, socks, I request my C.D.L. (class A) To be added to my drivers lissens since I was unjustly detain beond the states guide lines. as For my Future wifes wedding Ring wich was Lost at the pawn shop as well as the mony paid on Them I will Releas From state cost

see page 2

I AM Requesting 5,000 in cash in addistion to The 16.8 Million dollers From the state of Florida.! Requesting My Record to be cleard as well as whot was placed on intenet, world wide web. to be removed a.s.p. Its My understanding That once a dossier was opened its close to inpossable, if "never" closed. This has added to My Mental anguish and helth problems ~~dayly~~. Therefore I request it to be cleared From world wide web. as well as From the states record a.s.p. AS I am Expecting to be Transferd To S.F.R.C. Miami, any Time is why I request a Auto Mob. oF My choice to come From down There aswell as For better choice.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Robert Wayne Maurer
**Affiant**

v.    CASE NUMBER: _____
(To be supplied by Clerk's Office)

#1. Paul S. Toms   Volusia count police officer
State of Florida
Jackie Roys, states Atterny and Mike Willard states Atterny
**Defendant(s)**

## AFFIDAVIT OF INDIGENCY

(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, Robert W. Maurer, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed <u>in forma pauperis</u> in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

1. **BRIEF STATEMENT OF THE NATURE OF THE ACTION:** I have been placed in the D.O.C. under Froud and have had my name slandard on Internet I have sufferd with both Mental anguish and health decline. I seeking compensation for my Loteros as well as for my grief.

c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | |
|---|---|
| Business, profession, or other forms of self employment: | $ N/A |
| Rent payments, interest, or dividends: | $ N/A |
| Pensions, annuities, or life insurance payments: | $ N/A |
| Gifts or inheritances: | $ N/A |
| Stocks, bonds, or notes: | $ N/A |
| Other sources: | $ N/A |

3. Obligations: N/A

| | |
|---|---|
| a. Monthly rental on house or apartment: | $ N/A |
| b. Monthly mortgage payments on house: | $ N/A |

4. Other information pertinent to affiant's financial debts and obligations:

| N/A | N/A | N/A |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly Payment) |
| N/A | N/A | N/A |
| (Creditor) | (Total Debt) | (Monthly Payment) |
| N/A | N/A | N/A |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain): _To The best of My Knowledge_

VII. **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: May 31st 208
2. Estimated release or parole date: 8/19/13
3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

3. Is spouse employed? _NONE N/A_ If so, name of employer: _N/A_

a. Income:   Monthly $ _N/A_   or   Weekly $ _N/A_

b. What is spouse's job title?   _N/A_

4. Are you and/or your spouse receiving welfare aid?  _Not To The best oF M Knowlege_

If so, amount:   Monthly $ _N/A_   or   Weekly $ _N/A_

## VI. FINANCIAL STATUS:

1. Owner of real property (excluding ordinary household furnishings and clothing):

   a. Description: _N/A_

   b. Full address: _____
                          (Street)

   _____
   (City)         (State)         (Zip Code)

   c. In whose name?   _N/A_

   d. Estimated value:                           $ _____

   e. Total amount owed:                         $ _____

      Owed to: _____ for            $ _____

               _____ for            $ _____

   f. Annual income from property: _N/A_       $ _____

2. Other assets/property: _N/A_

   a. Automobile: Make _Lost My 87_    Model _Dog Dekoda pickup_

      In whose name registered?  _Robert Maurer_

      Present value of car:                     $ _2 hundred_

      Amount owed:                              $ _NoN_

      Owed to: _N/A_

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:   $ _N/A_

   _To best oF My Knowlege NoNe_

F.U. G-1-103 Low

II. **RESIDENCE:**
   Affiant's address: Robert Maurer #C02828
   _____
   (Street)
   Hardee C.I. 6901 St. Rd. 62 Bowling Green, FL 33834
   (City)                    (State)              (Zip Code)

III. **MARITAL STATUS:**

   1. Single ☐      Married ☐      Separated ☐      Divorced ☑

   2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

   1. Number: None

   2. Relationship to dependent(s): N/A

   3. How much money do you contribute to your dependent's support on a monthly basis? $ N/A

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

   1. Name of employer: N/A

      a. Address of employer: N/A
         _____
         (Street)
         N/A
         (City)         (State)      (Zip Code)
         disabeld

      b. State how long affiant has been (was) employed by present (or last) employer?
         Years: N/A        Months: N/A

      c. Income:   Monthly $ N/A   or  Weekly $ N/A

      d. What is (was) affiant's job title? N/A

   2. If unemployed, date of last employment: N/A

"PROVIDED TO HARDEE CORRECTIONAL INSTITUTION ON ___1-23-13__ _Ru_____ FOR MAILING"

institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN:

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_R. Maurer_
Signature of Affiant

STATE OF FLORIDA
COUNTY OF _____Hardee_____
THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __23__
DAY OF ___January___, 20_13_, BY ____Robert Maurer____
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED __State ID__
_____, AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)

TAKE AN OATH.

_R. H._
NOTARY PUBLIC

MY COMMISSION EXPIRES:



ROBIN HIGH
MY COMMISSION # EE 088963
EXPIRES: May 1, 2015
Bonded Thru Budget Notary Services